**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-CR-187-10-LTB

UNITED STATES OF AMERICA

        Plaintiff,

v.

10.    JOSE MIGAEL GARCIA, JR., a/k/a "Pepe",

        Defendant.
_____

**ORDER**
_____

Upon Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (Doc 811 - filed April 12, 2006), it is

ORDERED that Defendant Jose Migael Garcia, Jr.'s sentence is reduced to a Zone A sentence of 0-6 months with no period of incarceration, but with eight (8) months of home detention to be followed by four (4) years of supervised release.

                                          BY THE COURT:

                                             s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, CHIEF JUDGE

DATED: April 13, 2006