**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00187-LTB-10

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Jose Miguel Garcia, Jr.,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On April 13, 2007, the probation officer submitted a petition for early termination of supervised release in this case. On April 30, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on April 30, 2007, and the United States has not objected to the proposed relief. Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this   16th   day of May, 2007.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock
                                United States District Judge